LODGED

2007 JUN 15 PM 3:14

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiffs,<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant. | NO. CV05-0743 GPS (FMOx)<br><br>**[PROPOSED] ORDER**<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730(b)(2) and (3)]** |

DOCKETED ON CM

JUL 9 2007

BY





FILED CLERK, U.S. DISTRICT COURT JUN 2 0 CENTRAL DISTRICT OF CALIFORNIA BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* Cam Van Wingerden, et al.,

Plaintiffs,

v.

CAREER EDUCATION CORP., INC.,

Defendant.

NO. CV05-0743 GPS (FMOx)

[PROPOSED] ORDER

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730(b)(2) and (3)]**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2)(A), the Court rules as follows:

1. The Complaint shall be unsealed and served upon the defendant by the relators;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant, except for this Order, the United States' Notice of Election to Decline Intervention, and any notice of election filed by the State of California, which the relators shall also serve upon the defendant;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and may seek to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States; and

6. Should the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the relators shall provide the United States with notice and an opportunity to be heard before the Court rules or grants its approval.

IT IS SO ORDERED.

DATE: 6/20/07

[signature]
UNITED STATES DISTRICT JUDGE

MAIL TO:

Jay D. Majors
Trial Attorney
U.S. Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044

Counsel for the United States of America

Jacqueline Dale, Esq.
Calif. Att'y General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Counsel for the State of California

Mark Allen Kleiman, Esq.
12400 Wilshire Blvd.
Fourth Floor
Los Angeles, CA 90025

Counsel for Relators

PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the U.S. Department of Justice. My business address is 601 D Street, N.W., Washington, D.C. 20004.

On the date noted below, I served the [PROPOSED] ORDER on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: June 14, 2007. Place of mailing: Washington, D.C.

Person(s) and/or entity(ies) to whom mailed:

Jacqueline Dale, Esq.
Calif. Att'y General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Counsel for the State of California

Mark Allen Kleiman, Esq.
12400 Wilshire Blvd.
Fourth Floor
Los Angeles, CA 90025

Counsel for Relators

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2007 at Washington, D.C.

JAY D. MAJORS